IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN BOSWELL, #02417029 | § | |
| VS. | § | CIVIL ACTION NO. 2:23cv049 |
| CRAIG LYNN BASS | § | |

ORDER OF DISMISSAL

Plaintiff John Boswell, a prisoner within the Texas Department of Criminal Justice (TDCJ), filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights. The case was referred to United States Magistrate Judge Roy S. Payne for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On October 31, 2025, Judge Payne issued a Report, (Dkt. #9), recommending that Plaintiff's lawsuit be dismissed, with prejudice, as both frivolous and for the failure to state a claim upon which relief may be granted. A copy of this Report was mailed to Plaintiff at his last-known address. To date, however, Plaintiff neither filed objections nor otherwise responded to the Report.

Because objections to the Report have not been filed, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918,

109 S.Ct. 3243 (1989) (holding that where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that the Report of the United States Magistrate Judge, (Dkt. #9), is **ADOPTED** as the opinion of the Court. Plaintiff's civil-rights lawsuit is **DISMISSED**, with prejudice, as frivolous and for the failure to state a claim upon which relief may be granted. Further, it is

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED**.

**So ORDERED and SIGNED this 23rd day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE